UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-03600
Paris Morales )
) Chapter: 13
)
) Honorable Timothy Barnes
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given, IT IS HEREBY ORDERED AS FOLLOWS:

1. The monthly plan payment is reduced to $975.
2. The dividend to unsecured claims is reduced to 55%.
3. The plan term is extended to 84 months under 11 U.S.C. 1329(d).
4. Arrears are deferred to the end of the plan term.
5. The Debtor is required to turn his federal tax refunds in excess of $1,200 over to the Trustee beginning with his 2020 refund.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  May 27, 2021

**Prepared by:**

Dale A. Riley
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603